UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY | : <br> : <br> : |
| *Plaintiff*, | : <br> : |
| VS. | :    C.A. No. 1:23-cv-00491 <br> : |
| IHI POWER SERVICES CORP. | : |
| *Defendant, Counterclaimant, and Third-Party Plaintiff*, | : <br> : <br> : |
| VS. | : <br> : |
| NORTH AMERICAN SPECIALTY INSURANCE | : <br> : |
| *Third-Party Defendants*. | : |

## JOINT PROPOSED SCHEDULING ORDER

The parties in the above-captioned matter hereby move for a scheduling order. Having so conferred, the parties seek an order of the Court establishing the following deadlines:

(1) Factual Discovery is to be completed by **May 1, 2025**;

(2) Dispositive Motions are to be filed by **August 15, 2025**.

<table>
<tr><td>
Old Republic Insurance Company<br>
By its Attorneys,<br>
BENGTSON & JESTINGS, LLP<br>
<br>
s/ *C. Russell Bengtson*<br>
C. RUSSELL BENGTSON<br>
TAYLOR K. WOEHL<br>
40 Westminster Street, Suite 300<br>
Providence, RI 02903<br>
rbengtson@benjestlaw.com<br>
twoehl@benjestlaw.com<br>
<br>
North American Specialty Insurance<br>
By its Attorneys,<br>
BATESCAREY LLP<br>
<br>
/s/ *Colleen P. Sorensen*
</td><td>
IHI Power Services Corp.<br>
By its Attorneys,<br>
RICE DOLAN & KERSHAW<br>
<br>
/s/ *Mark P. Dolan*<br>
MARK P. DOLAN<br>
72 Pine Street, Suite 300<br>
Providence, RI 02903<br>
ricedolan@ricedolan.com
</td></tr>
</table>

COLLEEN P. SORENSEN
191 N. Wacker Drive, Suite 240
Chicago, IL 60606
csorensen@batescarey.com

CERTIFICATE OF SERVICE

     I hereby certify that on the 10th day of December 2024, I filed and served this document through the electronic filing system on the opposing parties. The document electronically filed and served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

                                                              /s/ *Taylor K. Woehl*